UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YOSVANY UTRA,

Plaintiff,

vs.

FTS USA, LLC and
UNITEK USA, LLC

Defendants.

Civil Case No. 1:13-cv-23071-MGC

### PLAINTIFFS' STATEMENT OF CLAIM

Pursuant to the Court's September 9, 2013 Order [DE 12], Plaintiff YOSVANY UTRA and Opt-in Plaintiffs MARIANO RODRIGUEZ and MAURO E. DIAZ ("Plaintiffs"), hereby set forth a concise statement of their claims as follows:

Plaintiff YOSVANY UTRA was employed by Defendants from approximately October, 2012 through the present. Plaintiff worked approximately five (5) to six (6) days per week, for an understated estimate in excess of approximately seventy and a half (70) hours per week. Plaintiff was paid approximately $800.00 per week, regardless of the number of hours he worked. Beginning October, 2012 Plaintiff was not paid at an overtime rate for the hours of work in excess of forty (40) hours per week. Additionally, Defendant always deducted sixty (60) minutes for lunch; however, Plaintiff rarely, if ever took a lunch break.

In a good faith estimate to compute Plaintiff's damages, Plaintiff avers that from October, 2012, through the present, he is owed approximately $12,470.64

in unpaid overtime wages [52 weeks (x) 30 unpaid overtime hours per week (x) $5.71 half-time rate of pay [+] 52 weeks (x) 6 hours per week of deducted lunch pay (x) $11.42 time and a half rate of pay], plus an equal amount in liquidated damages, as well as reasonable attorneys' fees and costs incurred in this case, pursuant to 29 U.S.C. §216(b).

Plaintiff MARIANO RODRIGUEZ is employed by Defendants from approximately November 12, 2012 through June 11, 2013. Plaintiff works approximately six (6) days per week, for an understated estimate in excess of eighty five (85) hours per week. Plaintiff was paid approximately $850 per week regardless of the number of hours he worked. Beginning November 12, 2012, Plaintiff was not paid at an overtime rate for the hours of work in excess of forty (40) hours per week. Additionally, Defendant always deducts sixty (60) minutes for lunch; however, Plaintiff rarely, if ever takes a lunch break.

In a good faith estimate to compute Plaintiff's damages, Plaintiff avers that from November, 2012, through June 11, 2013, he is owed approximately $8,550.00 in unpaid overtime wages [30 weeks (x) 45 unpaid overtime hours per week (x) $5.00 half-time rate of pay [+] 30 weeks (x) 6 hours per week of deducted lunch pay (x) $10.00 time and a half rate of pay], plus an equal amount in liquidated damages, as well as reasonable attorneys' fees and costs incurred in this case, pursuant to 29 U.S.C. §216(b).

Plaintiff MAURO DIAZ was employed by Defendants from approximately October 1, 2012 through May 25, 2013. Plaintiff worked approximately five (5) to seven (6) days per week, for an understated estimate in excess of seventy (70) hours per week. Plaintiff was paid approximately $850 per week regardless of the number of hours he worked. Beginning October, 2012, Plaintiff was not paid at an overtime rate for the hours of work in excess of forty (40) hours per week. Additionally, Defendant always deducts sixty (60) minutes for lunch; however, Plaintiff rarely, if ever takes a lunch break.

In a good faith estimate to compute Plaintiff's damages, Plaintiff avers that from October, 2011, through October, 2012 he is owed approximately $ 8,033.97 in unpaid overtime wages [33.5 weeks (x) 30 unpaid overtime hours per week (x) $5.71 half-time rate of pay [+] 33.5 weeks (x) 6 hours per week of deducted lunch pay (x) $11.42 time and a half rate of pay], plus an equal amount in liquidated damages, as well as reasonable attorneys' fees and costs incurred in this case, pursuant to 29 U.S.C. §216(b).

Plaintiffs specifically reserve the right to supplement this computation as discovery is conducted.

Dated: October 21, 2013                                          Respectfully submitted,

                                                                 s/ Andrew I. Glenn_____
                                                                 Andrew I. Glenn, Esq.
                                                                 E-mail:  AGlenn@JaffeGlenn.com
                                                                 Florida Bar No. 577261
                                                                 Jodi J. Jaffe, Esq.
                                                                 Email: JJaffe@JaffeGlenn.com
                                                                 Florida Bar No. 865516
                                                                 **JAFFE GLENN LAW GROUP, P.A.**
                                                                 12000 Biscayne Blvd., Suite 305
                                                                 Miami, Florida 33181
                                                                 Telephone: (305) 726-0060
                                                                 Facsimile: (305) 726-0046
                                                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2013, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

Dori Katrine Stibolt
Email: dstibolt@foxrothschild.com
Fox Rothschild LLP
222 Lakeview Avenue Suite 700
West Palm Beach, FL 33401
Tel: 561-835-9600
Fax: 561-835-9602
*Attorney for Defendants*
*Served via CM/ECF*